UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.S. *an infant, by her mother and natural guardian, Kristin Cassavell-Sivere, et al*.,

                        Plaintiffs,          **ORDER**

      -against-                      18 Civ. 8283 (AEK)

RYE NECK UNION FREE SCHOOL
DISTRICT,

                        Defendant.

------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, September 3, 2024, at 2:30 p.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: June 21, 2024
       White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge